# EXHIBIT B

Filed
D.C. Superior Court
09/14/2021 14:55PM
Clerk of the Court

# AFFIDAVIT OF SERVICE

| Case: 2021 ca 003027 b | Court: THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION | County: | Job: 6092071 (4794358) |
|---|---|---|---|
| Plaintiff / Petitioner: Earth Island Institute | | Defendant / Respondent: Blue Triton Brands | |
| Received by: The Wesley Group | | For: Veritext – Orlando Florida Division | |
| To be served upon: BLUETRITON BRANDS, INC. c/o THE CORPORATION TRUST COMPANY CORPORATION TRUST CENTER | | | |

I, Mark Hagood, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address: Robin HuttBanks, 1209 N ORANGE ST, WILMINGTON, DE 19801-1120
Manner of Service: Registered Agent, Sep 9, 2021, 8:40 am EDT
Documents: Summons, Complaint, Civil Division – Civil Actions Branch Information Sheet, Initial Order and Addendum

Additional Comments:
1) Successful Attempt: Sep 9, 2021, 8:40 am EDT at 1209 N ORANGE ST, WILMINGTON, DE 19801-1120 received by Robin HuttBanks. Age: 65; Ethnicity: African American; Gender: Female; Weight: 150; Height: 5'3"; Hair: Black; Eyes: Brown; Relationship: Intake Manager;

Mark Hagood, Process Server    09/14/2021
                               Date

The Wesley Group
107 S. West St. Ste. 417
Alexandria, VA 22314

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
09/14/2021    12/31/2022
Date          Commission Expires

**The Wesley Group**
107 S. West St. Ste. 417
Alexandria, VA 22314

INVOICE: 6092071
Issued: Sep 7, 2021

**Veritext – Orlando Florida Division**
Jessica Gandy
633 E COLONIAL DR
ORLANDO, FL 32803-4602

PAY TO:
The Wesley Group
107 S. West St. Ste. 417
Alexandria, VA 22314

| Case: | 2021 ca 003027 b | Plaintiff / Petitioner: | Earth Island Institute |
| --- | --- | --- | --- |
| Job: | 6092071 (4794358) | Defendant / Respondent: | Blue Triton Brands |

| Item | Description | Cost | Quantity | Total |
| --- | --- | --- | --- | --- |
| Routine Service Of Process | Routine Service | $65.00 | 1 | $65.00 |

We truly appreciate your business. Serving you in Washington D.C., Maryland, Virginia, Pennsylvania, Delaware, New Jersey, Indiana and Kentucky daily.

All invoices not paid within 30 days will incur a 10% per month late fee.

Total: $65.00
Amount Paid: ($0.00)
**Balance Due: $65.00**

The Wesley Group • 107 S. West St. Ste. 417, Alexandria, VA 22314

Call: 202.372.7466 • Email: info@TheWesleyGroup.Org • Visit: www.WesleyGroup.co