# EXHIBIT C



Superior Court of the District of Columbia
**CIVIL DIVISION**
Civil Actions Branch
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

```
Filed
D.C. Superior Court
09/01/2021 14:10PM
Clerk of the Court
```

Earth Island Institute
_____
Plaintiff

vs.

BlueTriton Brands
_____
Defendant

Case Number  2021 CA 003027 B

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Kim E. Richman
_____
Name of Plaintiff's Attorney

1 Bridge St., Ste. 83, Irvington, NY 10533
_____
Address

(718) 705-4579
_____
Telephone

*Clerk of the Court*

By _____
Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면,(202) 879-4828    የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

CV-3110 [Rev. June 2017]                                                                                                     Super. Ct. Civ. R. 4




# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### Sección de Acciones Civiles
500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001
Teléfono: (202) 879-1133 Sitio web: www.dccourts.gov

_____
                        Demandante
        contra
                                                    Número de Caso: _____
_____
                        Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veintiún (21) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días, contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que usted le entregue al demandante una copia de la Contestación o en el plazo de siete (7) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____         *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                                   Por: _____
_____               Subsecretario
Dirección

                                                   Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202)879-4828 로 연락하십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍA RETENÉRSELE SUS INGRESOS, O PODRÍA TOMÁRSELE SUS BIENES PERSONALES O BIENES RAÍCES Y SER VENDIDOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea conversar con un abogado y le parece que no puede pagarle a uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse sobre otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CV-3110 [Rev. June 2017]                                               Super. Ct. Civ. R. 4

Filed
D.C. Superior Court
09/23/2021 13:51PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLUETRITON BRANDS, FORMERLY )<br>NESTLÉ WATERS NORTH AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 2021 CA 003027 B |

### JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT AND ANY MOTION TO DISMISS FILED BY DEFENDANT

Defendant BlueTriton Brands ("Defendant") and Plaintiff Earth Island Institute ("Plaintiff") hereby jointly move this Court for (1) a 21-day extension of time for Defendant to respond to the Complaint pursuant to D.C. Superior Court Rule 55(a)(3)(B), (2) a 30-day extension of time for Plaintiff to oppose any motion to dismiss Defendant may file in response to the Complaint, and (3) a 14-day extension of time for Defendant to file its reply in support of any such motion to dismiss, in the above-captioned matter.  In support of this motion, Defendant and Plaintiff respectfully refer the Court to the following points and authorities:

1. Plaintiff filed its Complaint on August 27, 2021.

2. Plaintiff effected service on Defendant on September 9, 2021.

3. Pursuant to D.C. Superior Court Rule 12, Defendant must respond to the Complaint within 21 days after service.  At present, Defendant is required to respond to the Complaint on or before September 30, 2021.

4. In the event Defendant files a motion to dismiss the Complaint, pursuant to D.C. Superior Court Rule 12-1 Plaintiff must file its opposition within 14 days of service of the motion, and Defendant must reply within 7 days after service of Plaintiff's opposition.

5. Plaintiff's Complaint alleges that Defendant has engaged in false and deceptive marketing practices in violation of the District of Columbia Consumer Protection Procedures Act, D.C. Code § 28-3901, *et seq*. Defendant would benefit from additional time to consider and respond to the factual allegations and legal assertions set forth in the Complaint. The parties also anticipate needing additional time to brief any motion to dismiss Defendant may file in response to the Complaint.

6. Plaintiff and Defendant have conferred and jointly support this request for extension.

7. The requested extension would set Defendant's responsive pleading deadline at October 21, 2021.

8. The Court has the authority to grant this motion pursuant to DC Superior Court Rule 6(b).

WHEREFORE, the parties respectfully request that the Court grant their Joint Motion for Extension of Time:

    1. For a 21-day extension of time for Defendant to respond to the Complaint, to and including October 21, 2021;

    2. For a 30-day extension of the time Plaintiff would otherwise have under D.C. Superior Court Rule 12-1 to file its opposition to any motion to dismiss Defendant may file in response to the Complaint; and

3. For a 14-day extension of the time Defendant would otherwise have under D.C. Superior Court Rule 12-1 to file its reply in support of any such motion to dismiss.

Respectfully submitted,

Dated:  September 23, 2021

/s/ Previn Warren
Previn Warren
Jenner & Block LLP
1099 New York Ave. Ste. 900
Washington, DC 20001
*Counsel for Defendant*


/s/ Kim E. Richman
Kim E. Richman
krichman@richmanlawpolicy.com
Richman Law and Policy
1 Bridge Street, Suite 83
Irvington, NY 10533
*Counsel for Plaintiff*

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |
|---|---|
| EARTH ISLAND INSTITUTE,            )<br>                                                        )<br>               Plaintiff,                        )<br>                                                        )<br>       v.                                            )<br>                                                        )<br>BLUETRITON BRANDS, FORMERLY )<br>NESTLÉ WATERS NORTH AMERICA, )<br>                                                        )<br>               Defendant.                    )<br>_____ ) | Case No. 2021 CA 003027 B |

<u>ORDER</u>

Upon consideration of Defendant's Consent Motion for Extension of Time to Respond to Complaint and Any Motion to Dismiss Filed by Defendant, it is hereby on this _____ day of _____, 2021, ORDERED that:

1. Defendant is granted a 21-day extension of time to respond to the Complaint in the above-captioned matter, which shall now be due on or by October 21, 2021.

2. Plaintiff is granted a 30-day extension of the time Plaintiff would otherwise have under D.C. Superior Court Rule 12-1 to file its opposition to any motion to dismiss Defendant may file in response to the Complaint.

3. Defendant is granted a 14-day extension of the time Defendant would otherwise have under D.C. Superior Court Rule 12-1 to file its reply in support of any such motion to dismiss.

_____
The Honorable Jason Park
Judge of the Superior Court

Copies to be Served:

| | |
|---|---|
| Kim E. Richman | Previn Warren |
| krichman@richmanlawpolicy.com | pwarren@jenner.com |
| Richman Law and Policy | Jenner & Block LLP |
| 1 Bridge Street, Suite 83 | 1099 New York Ave. Ste. 900 |
| Irvington, NY 10533 | Washington, DC 20001 |
| | |
| Counsel for Plaintiff | Counsel for Defendant |

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joint Motion for Extension of Time to Respond to Complaint and Any Motion to Dismiss Filed by Defendant was served upon Kim E. Richman, counsel for Plaintiff, by e-mail via the Court's electronic case filing system, this 23rd day of September 2021.

/s/ Previn Warren
Previn Warren #1022447
pwarren@jenner.com
Jenner & Block LLP
1099 New York Ave. Ste. 900
Washington, DC 20001

# Superior Court of the District of Columbia
## CIVIL DIVISION

Filed
D.C. Superior Court
09/23/2021 13:44PM
Clerk of the Court

**Check One:**

- ■ **Civil Actions Branch**
  500 Indiana Ave., N.W.
  Room 5000
  Washington, D.C. 20001
  Telephone: (202) 879-1133

- ☐ **Landlord & Tenant Branch**
  510 4th Street, N.W.
  Room 110
  Washington, D.C. 20001
  Telephone: (202) 879-4879

- ☐ **Small Claims & Conciliation Branch**
  510 4th Street, N.W.
  Room 120
  Washington, D.C. 20001
  Telephone: (202) 879-1120

# PRAECIPE

EARTH ISLAND INSTITUTE
*Plaintiff*

BLUE TRITON BRANDS, FORMERLY NESTLE WATERS NORTH AMERICA
*Defendant*

Case No.: 2021 CA 003027 B

The Clerk of said Court will  enter appearance of Previn Warren on behalf of BlueTriton Brands, Formerly Nestle Waters North America

The 23rd day of September, 2021

_____
Plaintiff (or Attorney for Plaintiff)
Printed Name and Signature

Address
_____

Telephone No. _____  Bar No. _____

Previn Warren
Defendant (or Attorney for Defendant)
Printed Name and Signature

/s/ Previn Warren

Address
1099 New York Ave., NW, Suite 900, Washington DC 20001

Telephone No. 202-637-6361   Bar No. 102247

CV-358/Feb. 2018

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Praecipe filed by Defendant was served upon Kim E. Richman, counsel for Plaintiff, by e-mail via the Court's electronic case filing system, this 23rd day of September 2021.

/s/ *Previn Warren*
Previn Warren #1022447
pwarren@jenner.com
Jenner & Block LLP
1099 New York Ave. Ste. 900
Washington, DC 20001

Filed
D.C. Superior Court
09/25/2021 10:56AM
Clerk of the Court

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| EARTH ISLAND INSTITUTE, <br><br>Plaintiff, <br><br>v. <br><br>BLUETRITON BRANDS, <br><br>Defendant. | Case No.: 2021 CA 003027 B <br><br>Judge Jason Park <br><br>Initial Scheduling Conf.: 3/4/2022 |

**ORDER**

Upon consideration of the parties' joint motion of time to respond to complaint and any motion to dismiss, filed September 23, 2021, and for good cause shown, it is this 24th day of September 2021, hereby

**ORDERED** that the joint motion is **GRANTED**; and it is further

**ORDERED** that defendant shall file its response to the complaint on or before October 21, 2021; and it is further

**ORDERED** that if the defendant's response takes the form of a dispositive motion, the plaintiff shall file its response to any such motion within 45 days of service and filing of that motion, with any reply to such opposition due 21 days after the filing of the opposition; and it is further

**ORDERED** that the initial scheduling conference set for November 19, 2021 is **VACATED**; and it is further

**ORDERED** that the parties shall appear for an initial scheduling conference on March 4, 2022 at 9:30 a.m. in Courtroom 519.

**SO ORDERED**.

_____
Judge Jason Park
Superior Court of the District of Columbia

Copies to counsel of record via CaseFileXpress.