# **EXHIBIT D**

**Dr. Shirley N. Weber**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, September 30, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### C1123403    EARTH ISLAND INSTITUTE INC.

| | |
|---|---|
| **Registration Date:** | 09/21/1982 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC NONPROFIT |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | SUMONA MAJUMDAR<br>2150 ALLSTON WAY, SUITE 460<br>BERKELEY CA 94704 |
| **Entity Address:** | 2150 ALLSTON WAY, SUITE 460<br>BERKELEY CA 94704 |
| **Entity Mailing Address:** | 2150 ALLSTON WAY, SUITE 460<br>BERKELEY CA 94704 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of September.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 03/03/2021 | |
| RESTATED REGISTRATION | 07/20/2020 | |
| SI-COMPLETE | 09/04/2018 | |
| REGISTRATION | 09/21/1982 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.