# EXHIBIT E



Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

View Search Results

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2110036 | Incorporation Date / Formation Date: | 12/8/1986 (mm/dd/yyyy) |
| Entity Name: | BLUETRITON BRANDS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 12/8/1986 |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | THE CORPORATION TRUST COMPANY | | |
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

[ Back to Entity Search ]   [ Email Status ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov